# EXHIBIT C

**DECLARATION OF TRUST**

I, Peter Wing Hay Ow of San Francisco, CA, USA declare as follows:

1) That the -50,000- shares now standing in my name in the books of Wisenet Ltd. does not belong to me but to Mr. David M Pon of San Francisco, CA (hereinafter referred to as "the Beneficial Owner") and that I hold the said shares as nominee for the Beneficial Owner.
2) That I hold the said shares and all dividends and interest accrued or to accrue upon the same UPON TRUST for the Beneficial Owner and I agree to transfer, pay and deal with the said shares and the dividends and interest payable in respect of the same and to exercise all interests and other rights which may accrue to us by virtue thereof in accordance with the instruction of the Beneficial Owner.
3) That I undertake, when called upon to do so by the Beneficial Owner, to transfer the said shares to the Beneficial Owner or as the Beneficial Owner may direct and for such purpose a transfer of the said shares duly executed by me is attached hereto.
4) I hereby irrevocably appoint the Beneficial Owner as our attorney to insert the name of the Beneficiary Owner or the name or names of such other person or persons as the Beneficial Owner shall nominate or to make any necessary alterations or additions as regards the particulars of the said shares in the aforesaid transfer and to redeliver the same after any such insertion, alterations or additions have been made thereto.

Dated this Oct 29, 2009

SIGNED for and on behalf of

Wisenet Ltd.

By Peter Wing Hay Ow

In the presence of: Jun Xu