# EXHIBIT F

| DATE | AMOUNT | CREDIT ACCT. | ORIGINATOR | |
|---|---|---|---|---|
| 12/12/06 | $1,100,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #41981 | |
| 05/15/07 | $300,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW HSBC #001118 | $300,000 DEPOSIT ON 5/15/07 |
| 10/03/07 | $3,000,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 10/16/07 | $3,000,000.00 | D. PON VANGUARD HSBC | OW BOA #41981 | |
| 10/23/07 | $1,000,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 10/26/07 | $300,000.00 | OW BOA #41981 | | |
| 10/26/07 | $1,000,000.00 | OW BOA #41981 | DEPOSIT PON CHECKS | |
| 11/05/07 | $500,000.00 | OW BOA #41243 | DEPOSIT PON CHECKS | |
| 11/05/07 | $1,200,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW BOA #41243 | |
| 11/06/07 | $500,000.00 | OW BOA # 41981 | DEPOSIT PON CHECKS | |
| 11/09/07 | $1,000,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW BOA #41243 | |
| 01/24/08 | $300,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #41243 | |
| 02/22/08 | $893,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 02/22/08 | $1,100,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 02/25/08 | $57,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 03/07/08 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 03/14/08 | $30,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 03/18/08 | $40,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 03/27/08 | $30,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 03/31/08 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 04/07/08 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/08/08 | $50,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 10/20/08 | $100,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 01/08/09 | $100,000.00 | D. PON VANGUARD HSBC | OW BOA #41981 | |
| 01/08/09 | $30,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #41981 | |
| 04/03/09 | $100,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/24/09 | $125,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |

| | | | | |
|---|---|---|---|---|
| 08/25/09 | $375,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/26/09 | $500,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/27/09 | $470,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 08/27/09 | $500,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 08/31/09 | $225,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 09/02/09 | $275,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 09/04/09 | $500,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW HSBC #293406 | FROM OW'S HSBC ACCT. |
| 09/14/09 | $300,000.00 | D. PON VANGUARD HSBC | OW BOA #506968 | |
| 10/28/09 | $300,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 10/29/09 | $350,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 11/20/09 | $180,090.81 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW HSBC #293406 | |
| 12/01/09 | $190,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 12/07/09 | $160,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 12/07/09 | $350,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 12/07/09 | $350,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 12/09/09 | $50,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 04/12/10 | $200,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #41981 | |
| 04/19/10 | $180,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 04/20/10 | $300,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 04/22/10 | $170,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 04/30/10 | $210,000.00 | POWER CITY INVESTMENTS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 05/10/10 | $250,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 05/13/10 | $250,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 05/28/10 | $40,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |

| | | | |
|---|---|---|---|
| 06/07/10 | $60,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/09/10 | $55,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/14/10 | $45,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/17/10 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/23/10 | $55,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/24/10 | $45,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/25/10 | $40,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/25/10 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/25/10 | $60,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/28/10 | $45,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/28/10 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/28/10 | $55,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 06/30/10 | $650,000.00 | CALIFORNIA COMMERCIAL PROPERTIES, SHANGHAI COMERCIAL BANK | OW BOA #506968 |
| 08/17/10 | $200,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 08/17/10 | $400,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 09/13/10 | $300,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 |
| 11/01/10 | $190,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/22/10 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/23/10 | $80,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/27/10 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/28/10 | $60,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/28/10 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/30/10 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/31/10 | $20,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 12/31/10 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 01/03/11 | $90,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |
| 01/12/11 | $450,000.00 | D. PON VANGUARD HSBC | OW BOA #506968 |
| 02/15/11 | $100,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 |
| 04/15/11 | $200,000.00 | D. PON VANGUARD HSBC | MISSION COURT PROPERTIES, CALIFORNIA BANK TRUST |
| 04/18/11 | $200,000.00 | D. PON VANGUARD HSBC | OW BOA #506968 |
| 04/20/11 | $200,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC |

| | | | | |
|---|---|---|---|---|
| 04/25/11 | $150,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 05/26/11 | $200,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 05/31/11 | $100,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 05/31/11 | $50,000.00 | FINE ELITE HOLDINGS, SHANGHAI COMMERCIAL BANK | OW BOA #506968 | |
| 06/06/11 | $50,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 07/28/11 | $500,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 07/28/11 | $80,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 08/02/11 | $500,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/16/11 | $500,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 08/29/11 | $50,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 09/01/11 | $200,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 09/11/11 | $300,000.00 | US GOV | OW BOA #506968 | CHECK TO IRS |
| 10/25/11 | $690,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 10/25/11 | $10,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 10/31/11 | $150,000.00 | OW BOA #506968 | D. PON VANGUARD HSBC | |
| 11/14/11 | $1,000,000.00 | ROCKWELL ADV CARBON, CITIBANK TAIWAN | OW BOA #506968 | |
| 11/29/11 | $25,000.00 | D. PON VANGUARD HSBC | OW BOA #506968 | |
| 11/29/11 | $100,000.00 | WANDA PON | OW BOA #506968 | |