# EXHIBIT G

71

ROCKWELL ADVANCED CARBON HOLDING LTD
OMC Chambers, PO Box 3152, Road Town, Tortola, British Virgins Island

July 3, 2012

Re: Mr. David Pon's Investment in Rockwell Advanced Carbon Holding Ltd

Dear Sir,

This statement hereby confirms that Rockwell Advanced Carbon Holding Ltd has received a total of USD4,315,000 (USD Four Million Three Hundreds Fifteen Thousand Only) from Mr. David Pon as of December 31st, 2011 and Mr. David Pon is holding that interest in Rockwell Advanced Carbon Holding Ltd.

Respectfully yours,

For and on behalf of
ROCKWELL ADVANCED CARBON HOLDING LTD.
(Chinese characters)
Authorized Signature(s)

Tipcat Sam, Director

Rockwell Advanced Carbon Holding Ltd

72

**FINE ELITE HOLDINGS LTD**

**Quastisky Building, P.O. Box 4389, Road Town, Tortola, British Virgin Islands**

2nd November, 2011

To Whom It May Concern:

Re: <u>Mr. David Pon's Interest in Fine Elite Holdings Ltd.</u>

Dear Sir/madam,

This is to confirm that Fine Elite Holdings Limited has received a total sum of USD$6,400,000 (USD Six Millions Four Hundreds Thousand Only) from Mr. Pon and Mr. Pon is holding that interests in the above Company.

Bests regards,

FINE ELITE HOLDINGS LIMITED

For and on behalf of
FINE ELITE HOLDINGS LIMITED
[illegible]傑控股有限公司

Authorised Signature(s)

Xu Jun, Officer of Fine Elite Holdings Ltd.