IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                                      ) | Case No. 3:14-cr-75-J-39PDB |
| ) | |
| DAVID M. PON,                                ) | |
| ) | |
| Defendant.                              ) | |

**SPECIAL MASTER'S REPORT ON DEFENDANT'S COMPLIANCE**

The Special Master respectfully submits this Report On Defendant's Compliance in response to the Court's Order of August 27, 2014 ("August 27 Order") (Docket No. 80).

In the August 27 Order, the Court directed defendant David M. Pon, as conditions precedent to an order revoking defendant's pretrial detention and setting conditions for release, to:

(1)   execute an agreement not to convey or encumber with the Special Master, substantially in the form attached as Exhibit A to the Special Master's Report Regarding Pretrial Release (Docket No. 75), for all properties not otherwise encumbered by a *lis pendens* in which defendant or a corporate entity for which defendant serves as the principal officer or managing member holds any ownership;

(2)   transfer to defense counsel the sum of $550,000 to be used for legal fees associated with his defense, if he had not already done so; and

(3)   (a) cause Fine Elite Holding Ltd. ("Fine Elite") to transfer to him the shares held in the name of Wisenet Corp. for his benefit and issue the 2,550,000 shares he owns, but that Fine Elite had not issued, (b) subsequently cause Rockwell Advanced Carbon Holdings

Ltd. and Fine Elite to transfer title to all shares he owns to the law firm of Bingham Greenebaum Doll LLP ("Bingham") to be held in escrow pending the outcome of the case under a custodial agreement substantially in the form attached as Exhibit K to the Special Master's Report Regarding Pretrial Release among defendant, Bingham, and the Special Master, and (c) upon transfer of the shares to his counsel, obtain copies of the books and records entries reflecting the transfer and provide them, along with copies of the new share certificates, to the Special Master for verification.

The Court also ordered the Special Master promptly upon defendant's compliance with these conditions to file a report advising the Court whether defendant has complied with the requirements of the August 27 Order and whether defendant should be released pending trial.

The Special Master hereby advises the Court that defendant has complied with the requirements of the August 27 Order as set forth above. Accordingly, the Special Master recommends that defendant be ordered released pending trial.

Respectfully Submitted,

_____
JOHN L. BROWNLEE
HOLLAND & KNIGHT LLP
SPECIAL MASTER

DATED:     September 9, 2014

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Adam Blank
Adam M. Blank
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, DC  20006
Tel:     (202) 955-3000
Fax:    (202) 955-5564
adam.blank@hklaw.com