UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:14-cr-75-J-39PDB

DAVID MING PON

_____/

**ORDER SETTING CONDITIONS OF RELEASE**

**IT IS ORDERED** that the release of the Defendant is subject to the following conditions:

1. The Defendant **shall not commit** any offense in violation of federal, state, or local law while on release in this case and shall report any violation, arrest, or conviction to Pretrial Services immediately.

2. The Defendant shall cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

3. The Defendant **shall reside at the address provided to the Court and not change his address without prior permission from Pretrial Services**.

4. The Defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed. The Defendant will be required to appear at the next scheduled status conference before the undersigned on **October 20, 2014 at 2:00 p.m.** in Courtroom 12C, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, unless notified otherwise.

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the Defendant and the safety of others and the community, it is **FURTHER ORDERED** that the release of the Defendant is subject to the conditions set forth below.

5. The Defendant shall provide the Special Master with access to all of his financial information, both business and personal, and his income and expenses, both business and personal, when and as directed by the Special Master.

6. The Defendant shall obtain prior authorization from the Special Master for all withdrawals or transfers of any funds in excess of $10,000.

7. The Defendant shall direct all proceeds from the sale of real estate to the Special Master to be deposited into a trust account maintained by the Special Master, and prior to closing, provide the Special Master with notice of any potential sale along with any and all documents the Special Master seeks to review.

8. The Defendant shall provide the Special Master with invoices and statements reflecting expenses in excess of a sum to be determined by the Special Master, to be paid to the vendor directly by the Special Master. Invoices and statements less than the sum determined by the Special Master will be paid by the Defendant using funds from a monthly sum of money the Special Master will distribute. The Special Master will determine the amount of the monthly sum, which will be sufficient to cover, but not larger than, the Defendant's demonstrated need.

9. The Defendant shall participate in the following confinement program and abide by all the requirements of the program, which will include monitoring by Global Positioning System ("GPS"). The Defendant shall pay for the cost of this program.

    a) Home detention: the Defendant is restricted to his residence at all times except for religious services, medical appointments, attorney visits, court appearances or court ordered obligations, meetings with Pretrial Services, and employment. The Defendant's schedule must be preapproved by Pretrial Services and will be restricted to reasonable time frames.

10. The Defendant shall maintain employment as directed and pre-approved by Pretrial Services.

11. The Defendant's travel shall be restricted to Orange, Lake, and Duval counties in the state of Florida. The Defendant is permitted to travel through the neighboring counties solely to reach his destination in one of the counties previously named.

12. The Defendant shall report on a **daily basis** to Pretrial Services.

13. Defense counsel shall surrender Defendant's passport to the Clerk of the Court and Defendant shall not apply for a new passport or any other travel document until final disposition of this case.

14. The Defendant shall not possess any firearms, destructive devices, or other dangerous weapons.

**ADVICE OF PENALTIES AND SANCTIONS**

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and

a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

1) an offense punishable by death, life imprisonment, or imprisonment of a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: _____    _____
                                  Signature of Defendant

                                  _____
                                  Address

                                  _____
                                  City and State         Telephone

## DIRECTIONS TO UNITED STATES MARSHAL

15. The United States Marshals Service is directed to transport the Defendant to the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida so that the Defendant may acknowledge the conditions of release stated herein and be affixed with GPS monitoring prior to his release. After processing, the Defendant is **ORDERED** released from the United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

DONE and ORDERED in Jacksonville, Florida this 17th day of September, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mg
Copies furnished to:

Special Master
Counsel of Record
U.S. Marshals Service
Pretrial Services