**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                CASE NO. 3:14-cr-75-J-39PDB
v.
DAVID MING PON

Counsel for Government:                  Counsel for Defendant:
Mac Heavener                             Robert Willis
Mark Devereaux                           Lee Hutton

Special Master:
Timothy D. Belevetz for John Brownlee (via telephone)

---

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Emily Morin            Court Reporter:  Shelli Kozachenko

---

**CLERK'S MINUTES**

PROCEEDINGS OF:  CRIMINAL STATUS CONFERENCE

TRIAL TIME: (Estimated Number of Days):  _____

_____    Government/Defendant requested a plea deadline.

_____    Plea agreement deadline set for _____ .

__X__      This case will remain on the ___September 8, 2015___ trial term.

_____    Defendant moves to continue trial.

_____    Government moves to continue trial.

_____    The government/defendant has no objection to the continuance.


**CASE RESET:**
**Status:**        March 23, 2015 at 2:00 p.m.
**Trial Term:**  September 8, 2015 at 9:00 a.m.


DATE:  January 20, 2015        TIME:  3:03 p.m. – 3:11 p.m.        TOTAL:  8 Minutes