**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 3:14-cr-75-J-39PDB

DAVID MING PON
_____/

**ORDER**

  **THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Modification of Conditions of Release [Doc. 94; Motion], filed January 30, 2015.  In the Motion, Defendant seeks an Order from the Court modifying his conditions of release and permitting him to exercise at a fitness facility located near his home.  The United States consents to the requested relief.  After due consideration, it is **ORDERED**

  1. Defendant's Unopposed Motion for Modification of Conditions of Release [Doc. 94] is **GRANTED**.

  2. The Court's Order Setting Conditions of Release [Doc. 82], entered September 17, 2014, is modified as follows:  Defendant is permitted to travel to and from LA Fitness, 4768 The Grove Drive, Windermere, Florida 34786, Telephone (407) 612-6001, and use its facilities to exercise for no more than one (1) hour per day.

  3. All other conditions, requirements, and settings set forth in the Court's Order Setting Conditions of Release [Doc. 82] remain in full force and effect.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this __2nd__ day of February, 2015.

_____
BRIAN J. DAVIS
United States District Judge

mg
*Copies furnished to:*

Special Master
Counsel of Record
Pretrial Services