UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:14-cr-75-J-39PDB

DAVID MING PON

_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Temporary Modification of Conditions of Release [Doc. 96; Motion], filed March 20, 2015. In the Motion, Defendant seeks an Order from the Court modifying his conditions of release and permitting him to travel to his lead counsel's office in Indianapolis, Indiana on Monday, April 13, 2015 and returning on Friday, April 17, 2015.[1] The United States consents to the requested relief.

After due consideration it is **ORDERED:**

1. Defendant's Unopposed Motion for Temporary Modification of Conditions of Release [Doc. 96], as amended at the March 23, 2015 Status Conference, is **GRANTED**.

2. The Court's Order Setting Conditions of Release [Doc. 82], entered September 17, 2014, is modified as follows: Defendant is permitted to travel to Indianapolis, Indiana on Sunday, April 12, 2015 for purposes of meeting with his lead counsel, Richard Kiefer, and return on Friday, April 17, 2015.

---

[1] At a Status Conference on March 23, 2015, the record from which is incorporated herein, Defendant orally amended his Motion to request a travel date of Sunday, April 12, 2015, as opposed to Monday, April 13, 2015. The United States had no objection to that amendment, and renewed its consent to the requested relief.

3. Should additional sessions of this type be required to adequately prepare for trial, Defendant shall file an appropriate motion with the Court requesting a modification to the Court's Order Setting Conditions of Release.

4. On or before **April 3, 2015**, Defendant shall provide a detailed itinerary to Pretrial Services, setting forth travel times, flight information, lodging accommodations, and any other information Pretrial Services deems necessary. Pretrial Services is **DIRECTED** to continue to monitor Defendant's movements through GPS throughout his travel.

5. All other conditions, settings, and requirements set forth in the Court's Order Setting Conditions of Release [Doc. 82], as modified by the Court's February 2, 2015 Order [Doc. 95], remain in full force and effect.

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of March, 2015.

_____
BRIAN J. DAVIS
United States District Judge

mg
**Copies furnished to:**

Special Master
Counsel of Record
Pretrial Services