FILED IN OPEN COURT
9/29/15
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID M. PON, M.D.,

Defendant.

Cause No. 3:14-cr-00075-BJD-PDB

**DEFENDANT DAVID M. PON'S AMENDED EXHIBIT LIST**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Annette Deatherage |
| 2 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Darlene Allee |
| 3 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Dwight McGee |
| 4 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Doris Showers |
| 5 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Edith Livek |
| 6 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Joan Terranova |
| 7 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Karl Schneider |
| 8 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Marvin Gertz |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 9 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Marcia Tetrault |
| 10 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Norma Johnson |
| 11 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Phyllis Hart |
| 12 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient James Allen |
| 13 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Hettie Cupp |
| 14 | | | | Medical records [paper and/or electronic] of Dr. Jeffrey Baumann for patient Annette Deatherage |
| 15 | 9/16/15 | 9/16/15 | | Medical records [paper and/or electronic] of Dr. John Beneke for patient Dwight McGee |
| 16 | 9/15/15 | 9/15/15 | | Medical records [paper and/or electronic] of Dr. Adam Berger for patient Norma Johnson |
| 17 | 9/15/15 | 9/15/15 | | Medical records [paper and/or electronic] of Dr. Adam Berger for patient Karl Schneider |
| 18 | | | | Medical records [paper and/or electronic] of Dr. Adam Berger for patient Marcia Tetrault |
| 19 | 9/15/15 | 9/15/15 | | Medical records [paper and/or electronic] of Dr. James Berry for patient Hettie Cupp |
| 20 | | | | Medical records [paper and/or electronic] of Dr. Matthew Cunningham for patient James Allen |
| 21 | | | | Medical records [paper and/or electronic] of Dr. James Gills for patient Marvin Gertz |
| 22 | | | | Medical records [paper and/or electronic] of Dr. Stacia Goldey for patient Phyllis Hart |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 23 | | | | Medical records [paper and/or electronic] of Dr. Stacia Goldey for patient Norma Johnson |
| 24 | | | | Medical records [paper and/or electronic] of Dr. Robert Kraut for patient Phyllis Hart |
| 25 | 9/16/15 | 9/16/15 | | Medical records [paper and/or electronic] of Dr. George Magruder for patient Karl Schneider |
| 26 | | | | Medical records [paper and/or electronic] of Dr. Elias Mavrofrides for patient Hettie Cupp |
| 27 | | | | Medical records [paper and/or electronic] of Dr. Elias Mavrofrides for patient Annette Deatherage |
| 28 | | | | Medical records [paper and/or electronic] of Dr. Elias Mavrofrides for patient Norma Johnson |
| 29 | | | | Medical records [paper and/or electronic] of Dr. Elias Mavrofrides for patient Edith Livek |
| 30 | | | | Medical records [paper and/or electronic] of Dr. Elias Mavrofrides for patient Joan Terranova |
| 31 | | | | Medical records [paper and/or electronic] of Dr. Michael Pennachio for patient Doris Showers |
| 32 | | | | Medical records [paper and/or electronic] of Dr. Gordon Schwenk for patient Darlene Allee |
| 33 | 9/16/15 | 9/16/15 | | Medical records [paper and/or electronic] of Dr. Robert Vogel for patient Dwight McGee |
| 34 | 9/15/15 | 9/15/15 | | Medical records [paper and/or electronic] of Dr. Scott Wehrly for patient Darlene Allee |
| 35 | | | | Medical records [paper and/or electronic] of Dr. Scott Wehrly for patient Annette Deatherage |
| 36 | 9/15/15 | 9/15/15 | | Medical records [paper and/or electronic] of Dr. Scott Wehrly for patient Marvin Gertz |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 37 | | | | Medical records [paper and/or electronic] of Dr. Scott Wehrly for patient Joan Terranova |
| 38 | | | | Medical records [paper and/or electronic] of Dr. Sam Williams for patient Hettie Cupp |
| 39 | | | | Medical records [paper and/or electronic] of Dr. Sam Williams for patient Marvin Gertz |
| 40 | | | | Medical records [paper and/or electronic] of Dr. Sam Williams for patient Phyllis Hart |
| 41 | | | | Medical records [paper and/or electronic] of Dr. Sam Williams for patient Norma Johnson |
| 42 | | | | Communications between the government and Dr. Thomas Friberg |
| 43 | | | | Spreadsheet of Dr. Thomas Friberg containing typed notations related to his review of patient files for Dr. David Pon |
| 44 | 9/10/15 | 9/22/15 | | Redacted version of Dr. David Pon's Rebuttal to Notice of Suspension of Medicare Payments ~~(2 volumes)~~ volume 1 only |
| 45 | 9/21/15 | 9/21/15 | | Invoice from Heidelberg Engineering dated 12/29/2003 to Advanced Retina Eye Institute |
| 46 | 9/21/15 | 9/21/15 | | Invoice from Heidelberg Engineering dated 06/29/2004 to Advanced Retina Eye Institute |
| 47 | 9/21/15 | 9/21/15 | | Invoice from Iridex Corporation dated 11/01/2002 to David Pon, M.D. |
| 48 | 9/21/15 | 9/21/15 | | Invoice from Heidelberg Engineering dated 12/11/2008 to Advanced Retina Eye Institute |
| 49 | 9/21/15 | 9/21/15 | | Invoice from Heidelberg Engineering dated 12/22/2009 to Advanced Retina Eye Institute |
| 50 | | | | Invoice from Florida Eye Equipment dated 09/21/2007 to David Pon, M.D. |
| 51 | 9/21/15 | 9/21/15 | | Curriculum Vitae of David Pon, M.D. |
| 52 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office waiting area |
| 53 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office reception area |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 54 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office building |
| 55 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office entrance door |
| 56 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office waiting area |
| 57 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office hallway |
| 58 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Leesburg office check-out area |
| 59 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photos |
| 60 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photos |
| 61 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photos |
| 62 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photo |
| 63 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photo |
| 64 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photo |
| 65 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photo |
| 66 | | | | Photograph of Dr. Pon's Leesburg office waiting area eye photos |
| 67 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 68 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 69 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 70 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 71 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 72 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 73 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 74 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 75 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 76 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 77 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 78 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 79 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 80 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 81 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 82 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 83 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 84 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 85 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 86 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 87 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 88 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 89 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 90 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 91 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 92 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 93 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 94 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 95 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 96 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 97 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 98 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 99 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 100 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 101 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 102 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 103 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 104 | 9/21/15 | 9/21/15 | | Photograph of Amsler Chart at Dr. Pon's Leesburg office |
| 105 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 106 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 107 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 108 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 109 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 110 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 111 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 112 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 113 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 114 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 115 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 116 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 117 | 9/21/15 | 9/21/15 | | Photograph of eye chart at Dr. Pon's Leesburg office |
| 118 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 119 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 120 | 9/21/15 | 9/21/15 | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 121 | | | | Photograph of medical equipment used at Dr. Pon's Leesburg office |
| 122 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Orlando office reception and waiting area |
| 123 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Orlando office waiting area |
| 124 | | | | Photograph of medical equipment used at Dr. Pon's Orlando office |
| 125 | | | | Photograph of medical equipment used at Dr. Pon's Orlando office |
| 126 | | | | Photograph of eye chart at Dr. Pon's Orlando office |
| 127 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Orlando office building |
| 128 | 9/21/15 | 9/21/15 | | Photograph of Dr. Pon's Orlando office building |
| 129 | 9/21/15 | 9/21/15 | | PowerPoint presentation of Dr. Pon |
| 130 | 9/23/15 | 9/23/15 | | Article by Giorgio Dorin entitled "Evolution of retinal laser therapy: minimum intensity photocoagulation (MIP). Can the laser heal the retina without harming it?" |
| 131 | 9/21/15 | 9/21/15 | | Transcript of presentation by Dr. Robert Murphy entitled "The Treatment of CNV's Feeder Vessels" |
| 132 | | | | Abstract from ARVO Annual Meeting entitled "Identification and Treatment of Modulating Choroidal Vessels Associated with Occult Choroidal Neovascularization" |
| 133 | | | | Abstract from ARVO Annual Meeting entitled "Observations and Characteristics of Polypoidal Choroidal Vasculopathy Using High-Speed Indocyanine Green Angiography: A Pilot Study" |
| 134 | | | | Abstract from ARVO Annual Meeting entitled "Pilot Study to Examine the Outcomes following Laser Treatment of Modulating Choroidal Vessels Associated with Pigment Epithelial Detachments" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 135 | | | | Abstract from ARVO Annual Meeting entitled "Feeder Vessel Treatment for Age-Related Macular Degeneration (AMD) with Classic Choroidal Neovascularization (CNV)" |
| 136 | | | | Abstract from ARVO Annual Meeting entitled "Feeder vessel treatment for age-related macular degeneration (AMD) with sub-foveal fibrovascular choroidal neovascularization (CNV)" |
| 137 | | | | Abstract from ARVO Annual Meeting entitled "Feeder Vessel Treatment of Recurrent Choroidal Neovascularization (CNV)" |
| 138 | | | | Abstract from ARVO Annual Meeting entitled "Feeder Vessel (FV) Treatment of Choroidal Neovascularization (CNV) With Sub-Tenon's Corticosteroid Injection as Adjuvant Therapy" |
| 139 | | | | Abstract from ARVO Annual Meeting entitled "Feeder Vessel Treatment of Occult with No Classic Choroidal Neovascularization in Age-Related Macular Degeneration" |
| 140 | | | | Article entitled "Feeder vessel treatment of retro-foveal choroidal neovascularization in the DMLA" |
| 141 | | | | Article entitled "Feeder Vessel Photocoagulation of Subfoveal Choroidal Neovascularization Secondary to Age-related Macular Degeneration" |
| 142 | | | | Article entitled "Laser Treatment of Feeder Vessels in Subfoveal Choroidal Neovascular Membranes" |
| 143 | | | | Article entitled "Optimizing Treatment of Choroidal Neovascularization Feeder Vessels Associated with Age-related Macular Degeneration" |
| 144 | | | | Article entitled "ICGA-Guided Laser Photocoagulation of Feeder Vessels of Choroidal Neovascular Membranes in Age-related Macular Degeneration" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 145 | | | | Article entitled "High-Speed ICG Used for Pinpoint Laser Treatment of Feeder Vessels in Wet AMD" |
| 146 | | | | Article entitled "Indocyanine Green Videoangiography for the Imaging of Choroidal Neovascularization Associated with Macular Degeneration" |
| 147 | | | | Article entitled "Feeder Vessel Laser Photocoagulation of Subfoveal Choroidal Neovascularization" |
| 148 | | | | Article entitled "Fluorescein angiography-guided indocyanine green angiography for the detection of feeder vessels in subfoveal choroidal neovascularization" |
| 149 | | | | Article entitled "Evaluating Persistent and Recurrent Choroidal Neovascularization" |
| 150 | | | | Article entitled "Identification and Treatment of Feeder Vessels in Macular Degeneration" |
| 151 | | | | Printout from website of MaculaCare, Vitreoretinal Disease and Surgery |
| 152 | | | | Article entitled "Therapeutic Benefits of Infrared (810-nm) Diode Laser Macular Grid Photocoagulation in Prophylactic Treatment of Nonexudative Age-related Macular Degeneration" |
| 153 | | | | Article entitled "Tissue-sparing Micropulse Laser in Practice" |
| 154 | | | | Article entitled "Subthreshold Micropulse Laser Therapy for Retinal Disorders" |
| 155 | | | | Article entitled "The treatment of Diabetic Retinopathy (DR): Laser Surgery or Therapy?" |
| 156 | | | | Article entitled "DARPA Soldier Self Care: Rapid Healing of Laser Eye Injuries with Light Emitting Diode Technology" |
| 157 | | | | Article entitled "Morphology of Early Choroidal Neovascularization in Age-related Macular Degeneration: Correlation with Activity" |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 158 | | | | Article entitled "Experimental studies of indocyanine green dye-enhanced photocoagulation of choroidal neovascularization feeder vessels" |
| 159 | | | | Article entitled "Histopathology of age-related macular degeneration" |
| 160 | | | | Article entitled "Infrared Imaging of Sub-retinal Structures in the Human Ocular Fundus" |
| 161 | | | | Article entitled "Subthreshold and micropulse diode laser photocoagulation" |
| 162 | | | | Article entitled "Infrared micropulsed laser treatment for diabetic macular edema – Subthreshold versus threshold lesions" |
| 163 | | | | Article entitled "Basal Linear Deposit and Large Drusen Are Specific for Early Age-Related Maculopathy" |
| 164 | | | | Article entitled "Lipids, Lipoproteins, and Age-RelatedMacular Degeneration" |
| 165 | | | | Article entitled "Age-Related Macular Degeneration A Light and Electron Microscopical Study" |
| 166 | | | | Article entitled "New vessel formation beneath the retinal pigment epithelium in senile eyes" |
| 167 | | | | Article entitled "Current Concepts in the Pathogenesis of Age-Related Macular Degeneration" |
| 168 | | | | Article entitled "Mechanisms of Low Level Light Therapy" |
| 169 | | | | Curriculum Vitae of Donna Mohr |
| 170 | | | | Curriculum Vitae of Robert Weatherford |
| 171 | | | | Curriculum Vitae of Giorgio Dorin |
| 172 | | | | PowerPoint presentation of Giorgio Dorin |
| 173 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Joan Anthony |
| 174 | 9/22/15 | 9/23/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Curtis Armstrong |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 175 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Stella Balandran |
| 176 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Kingsley Bird |
| 177 | 9/22/15 | 9/25/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Maxine Blais |
| 178 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Catherine Boxberger |
| 179 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Ruby Ann Britt |
| 180 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Jack Cartrwight |
| 181 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient William Cotta |
| 182 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Joan Fisher-Warren |
| 183 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Jane Gould |
| 184 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Marion Gray |
| 185 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Frankie Hassey |
| 186 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Aileen Helger |
| 187 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Helen Jacobs |
| 188 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Sharon Kelley |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 189 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Donna Kowalski |
| 190 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Lawrence Kowalski |
| 191 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Wilhemina Leonard |
| 192 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Ishmael Lewis |
| 193 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Jerome Lewis |
| 194 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Elizabeth Mayo |
| 195 | 9/22/15 | 9/25/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Gloria Moulton |
| 196 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient John Mussitsch |
| 197 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Barbara Nelson |
| 198 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Judith Nelson |
| 199 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Gerhard Nickerl |
| 200 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Shirley Ramirez-Zapata |
| 201 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Octovene Rivers |
| 202 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Cynthia Russell |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 203 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Albert Smith |
| 204 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient John Spino |
| 205 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient John Stockman |
| 206 | 9/22/15 | 9/24/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient Dennis Thacker |
| 207 | 9/22/15 | 9/25/15 | | Medical records [paper and/or electronic] of Dr. David Pon for patient James Thompson |
| 208 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Sharon Thrasher |
| 209 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Mildred Toombs |
| 210 | 9/22/15 | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Janice Turner |
| 211 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Kathleen Wohlbold |
| 212 | | | | Medical records [paper and/or electronic] of Dr. David Pon for patient Xiu Lian Zou |
| 213 | 9/21/15 | 9/21/15 | | Video sample of patient before and after laser |
| 214 | 9/21/15 | 9/21/15 | | Video demonstrating how Dr. Pon uses Heidelberg software |

217 9/22/15 9/24/15

219 9/28/15 9/28/15