FILED IN OPEN COURT
9/29/15
CLERK. U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )        Cause No. 3:14-cr-00075-BJD-PDB
                                )
v.                              )
                                )
DAVID M. PON, M.D.,             )
                                )
            Defendant.          )

## **VERDICT**

1. **Count One of the Indictment (Annette Deatherage)**

    As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

    Jury, find the defendant, DAVID MING PON:

    Guilty __✔__   Not Guilty _____

2. **Count Two of the Indictment (Annette Deatherage)**

    As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

    Jury, find the defendant, DAVID MING PON:

    Guilty __✔__   Not Guilty _____

3. **Count Three of the Indictment (Darlene Allee)**

    As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

    Jury, find the defendant, DAVID MING PON:

    Guilty __✔__   Not Guilty _____

4. **Count Four of the Indictment (Darlene Allee)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

5. **Count Five of the Indictment (Dwight McGee)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

6. **Count Six of the Indictment (Dwight McGee)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

7. **Count Seven of the Indictment (Doris Showers)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

8. **Count Eight of the Indictment (Doris Showers)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

9.  **Count Nine of the Indictment (Edith Livek)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty __✔__   Not Guilty _____

10. **Count Ten of the Indictment (Joan Terranova)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty __✔__   Not Guilty _____

11. **Count Eleven of the Indictment (Joan Terranova)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty __✔__   Not Guilty _____

12. **Count Twelve of the Indictment (Karl Schneider)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty __✔__   Not Guilty _____

**13. Count Thirteen of the Indictment (Karl Schneider)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ✓_____   Not Guilty _____


**14. Count Fourteen of the Indictment (Marvin Gertz)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ✓_____   Not Guilty _____


**15. Count Fifteen of the Indictment (Marvin Gertz)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ✓_____   Not Guilty _____


**16. Count Sixteen of the Indictment (Marcia Tetrault)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ✓_____   Not Guilty _____

**17. Count Seventeen of the Indictment (Marcia Tetrault)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____


**18. Count Eighteen of the Indictment (Norma Johnson)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____


**19. Count Nineteen of the Indictment (Phyllis Hart)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____


**20. Count Twenty of the Indictment (Phyllis Hart)**

As to the offense of health care fraud, in violation of 18 U.S.C. § 1347, We, the

Jury, find the defendant, DAVID MING PON:

Guilty ___✓___   Not Guilty _____

SO SAY WE ALL.

_____
Foreperson

Dated:        September 29 , 2015