United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

     *Plaintiff,*

v.                                         **NO. 3:14-cr-75-BJD-PDB**

**DAVID MING PON,**

     *Defendant.*

---

## Order

Claiming undue burden and no lawyer to represent him, David Ming Pon moves to quash subpoenas for depositions scheduled for June 16 and 17, 2021, and for an indefinite stay pending resolution of his medical issues or a 90-day stay pending treatment of his medical issues and a decision by the United States Supreme Court on his petition for a writ of certiorari. Doc. 371. He represented he would file medical documentation of his unavailability by June 11, 2021, Doc. 373, but did not.

Considering the totality of the circumstances described in Mr. Pon's motion and the United States' response (including previous accommodations and his ability to attend the depositions from the comfort of his own home) and considering the absence of medical documentation, the Court **grants in part** and **denies in part** the motion, Doc. 371. By **June 18, 2021**, Mr. Pon must provide the United States' counsel three alternative dates and times in June for his deposition. All other relief is denied. He provides no basis for postponing his ex-wife's deposition or for staying the matter indefinitely. His

complaint about lacking representation does not change the result. He has had ample time to retain a lawyer and provides no details of attempts or plans to retain a lawyer.

**Ordered** in Jacksonville, Florida, on June 14, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Tysen Duva, Assistant United States Attorney
Bonnie Glober, Assistant United States Attorney

David Ming Pon (by USPS and email)
5150 Fairway Oaks Drive
Windermere, FL 34786
Healall888@gmail.com