United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                                        **NO. 3:14-cr-75-BJD-PDB**

**DAVID MING PON,**

    *Defendant.*

# Order

David Ming Pon moves for reconsideration of the June 14, 2021, order directing him to, by June 18, 2021, provide the United States' counsel three alternative dates and times in June for his deposition. Doc. 378 (motion), Doc. 376 (order). He also moves for a 90-day stay. Doc. 378. He provides two letters from his doctors. Docs. 378-1, 378-2. The United States contends the Court should maintain the directive in the June 14, 2021, order. Doc. 380.

The Court **grants** Mr. Pon's motions, Doc. 378, **only to the extent** the Court has carefully reconsidered the previous ruling in light of the information in the letters. But the Court otherwise **denies** the relief he requests. He shows no good reason why he cannot attend a virtual deposition from his home on a day and at a time of his choosing to accommodate any medical appointments he might have to schedule. He shows no reason why more time to retain counsel is warranted. He shows no reason why the United States Supreme Court is likely to grant his petition among the thousands filed each term.

The June 14, 2021, order, Doc. 376, stands, except the Court sua sponte extends the deadline to provide the United States three dates and times in June to **June 21, 2021**, in light of tomorrow's federal holiday.

**Ordered** in Jacksonville, Florida, on June 17, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Tysen Duva, Assistant United States Attorney
    Bonnie Glober, Assistant United States Attorney

    David Ming Pon (by USPS and email)
    5150 Fairway Oaks Drive
    Windermere, FL 34786
    Healall888@gmail.com